

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

F.#2011R01411

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 19, 2012

By ECF on 7/19/12 and By Hand on 7/20/12

Joseph W. Ryan, Jr., P.C.
225 Old Country Road
Melville, New York 11747-3111

>   Re:  United States v. Mair Faibish
>        Criminal Docket No. 12-265 (ENV)

Dear Mr. Ryan:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government provides you with additional discovery. This sixth discovery letter supplements the government's discovery letters of April 30, 2012, May 9, 2012, June 19, 2012, June 8, 2012, June 18, 2012, and June 19, 2012.

To be produced with this letter at tomorrow's status conference is the hard drive containing images of the two corporate servers obtained during the execution of search warrants on May 7, 2010. Also contained on the hard drive are images of the following company computers also obtained during the search:

>   Mair Faibish (1 computer)
>   Ron Hassin (1 computer)
>   Christina Norris (1 computer)
>   Derron Denson (1 computer)
>   Office of Stephen Barbella and Ernest Barbella (3 computers)
>   Thomas Barbella (2 computers)
>   Joseph Castellano (1 computer)

An eleventh computer, that of Mitchell Gerstein, was also imaged, but the data was corrupted in the imaging process.

However, the Gerstein computer was later retrieved and imaged. That image is also being produced to you at the status conference.

Further, attached to this letter is an index to new discovery on a CD that will be turned over to you at the July 20, 2012 status conference. Please note that these materials include, at your specific request, a draft interview report of Giuseppe "Joe" Gatti conducted by corporate attorneys and investigators. The government just received this draft interview report today, July 19, 2012.

The government directs your attention to two anomalies with regard to the productions from Holtz Rubenstein Reminick, the company's auditor. First, please note that there were two CDs received from HRR. The contents of the first CD is included in this production. The contents of the second CD were unreadable to us in the U.S. Attorney's Office. We are working on obtaining readability of this CD. When we are able to access the data on the second CD, you will be provided with that data promptly. Second, please note that the first HRR CD uses a Bates range with the prefix HRR. However, the government had already used the HRR Bates prefix in a previous production made to you. Because we received the CDs from the auditors already Bates-stamped, we are unable to alter the Bates numbers to avoid duplication of Bates ranges. (It is likely that the second CD from the auditors will continue the duplicated range.)

The government reiterates its request for reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, which are in the defendant's possession, custody or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results of reports or physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession, custody, or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid any unnecessary delay, we request that you have copies of

these statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony the defendant intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for those opinions, and the witnesses' qualifications.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____
Ilene Jaroslaw
Assistant United States Attorney
(718) 254-6236

Enclosure

cc:  Clerk of Court (via ECF)
     (without enclosures)

| Document | Bates Prefix | Starting Bates # | Ending Bates # | Pages |
|---|---|---|---|---|
| Employee pedigree information | PHS | 13 | 57 | 45 |
| I-9 Forms | PHS | 58 | 119 | 62 |
| Wage reporting | PHS | 120 | 205 | 86 |
| Trading vouchers and Laurentian bank statements from Capital One Bank | CAPITALONE | 13348 | 13374 | 27 |
| Faibish personal financial statement from Signature Bank | SIG | 2992 | 2997 | 6 |
| Grant Thorton LLP review of Loretta Group from Arkin Kaplan and Rice | GRANT | 1 | 15 | 15 |
| BMO Harris Bank N.A. (bank records regarding Ontario Limited) | BMO | 1 | 106 | 106 |
| Capital One Bank records 2007-June 2008 | CAPITALONE | 13375 | 20189 | 6815 |
| 2009 HR&R audit CD 1 | HRR | 1 | 2078 | 2078 |
| 10/6/10 SBI. MairFaibish Interview | FAIBISH | 1 | 10 | 10 |
| Capital One Bank ex parte motion | CAPITALONE | 20190 | 20201 | 12 |
| 9/30/10 Credit Facilities Analysis | CREDITOVERVIEW1 | 1 | 1 | 1 |
| 10/13/11 EDNY Bankruptcy Court deposition - Mitchell Gerstein | GERSTEINDEP | 1 | 29 | 29 |
| Synergy Brands Inc. Executive Summary | EXECSUMM | 1 | 3 | 3 |
| 11/25/10 First report of the court of Ernst & Young Inc. | EY | 1 | 83 | 83 |

| | | | | |
|---|---|---|---|---|
| Janney Capital Markets - 12/16/10 Synergy Brands Follow Up | JANNEY | 80 | 109 | 30 |
| 11/1/10 Faibish and Gerstein joint interview | FAIBISHGERSTEIN | 1 | 6 | 6 |
| 11/23/10 Faibish phone interview | FAIBISH | 11 | 14 | 4 |
| 10/14/10 Gerstein interview | GERSTEIN | 1 | 9 | 9 |
| Report prepared by Grant Thornton LLP about Loretta Group | GRANT | 16 | 20 | 5 |
| Signature Bank review of Loretta Docs | SIG | 575 | 583 | 9 |
| Janney Capital Markets - 10/27/10 Synergy confidential discussion materials | JANNEY | 1 | 79 | 79 |
| 2008 Form 1120S - AMTON Inc. | BARBELLA | 109 | 135 | 27 |
| 7/13/11 341 Meeting for QFB | QFB | 1 | 27 | 27 |
| U.S v. Ernest Barbella indictment | EBARBELLA | 1 | 11 | 11 |
| Barbella News Article | EBARBELLA | 12 | 23 | 12 |
| NYS Forgery Conviction docs | EBARBELLA | 24 | 28 | 5 |
| NYS Insider Trading Conviction docs | EBARBELLA | 29 | 34 | 6 |
| Gran Reserve article | GRANRESERVE | 1 | 2 | 2 |
| Marguerite Barbella Deposition Day 1 | MBARBELLA | 1 | 193 | 193 |
| Marguerite Barbella Deposition Day 2 | MBARBELLA | 194 | 219 | 26 |
| Brent's Locksmith letter - Bektram | BEKTRAM | 1 | 2 | 2 |

| | | | | |
|---|---|---|---|---|
| Signature Bank v. Holtz Rubenstein Reminick LLP motion to dismiss | SIG | 584 | 597 | 14 |
| 6/35/12 SBI Barbella Bank Production Docs | ERNEST | 203 | 232 | 30 |
| Barbella exhibit 22 (checks) | EBARBELLA22 | 1 | 4 | 4 |
| 4/17/12 Faibish text message | FAIBISH | 15 | 15 | 1 |
| Draft report of interview with Giuseppe "Joe Gatti" | BDO | 1 | 5 | 5 |