

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2011R01411

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 21, 2012

By ECF

Joseph W. Ryan, Jr., P.C.
225 Old Country Road
Melville, New York 11747-3111

     Re:  United States v. Mair Faibish
          Criminal Docket No. 12-265 (ENV)

Dear Mr. Ryan:

     This Office is in receipt of your letters dated July 31, 2012, August 2, 2012, and August 7, 2012. This eighth discovery letter supplements the government's discovery letters of April 30, 2012, May 9, 2012, June 8, 2012, June 18, 2012, June 19, 2012, July 19, 2012, and July 26, 2012.

     You have requested very specific records pertaining to Holtz Rubenstein and Reminick LLP (HRR) and Signature Bank (Signature). The government has produced all the documents from such entities that are under its custody and control as part of this case. If additional documents are obtained, they too will be provided to you. To the extent you seek additional documents pertaining to HRR and Signature, they are not in our custody and control. Of course, you may obtain such items from third parties by serving subpoenas issued pursuant to Fed. R. Crim. P. 17.

     To the extent that your letters address technical issues pertaining to accessing electronic information, please provide the government with the name and contact information of your "MIS specialist." The government will contact him or her

in an attempt to resolve any difficulties satisfactorily.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:

Ilene Jaroslaw
Sylvia Shweder
Assistant United States Attorneys


cc:  Clerk of Court (via ECF)

-2-